

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00679-CV

John M. **DONOHUE**,
Appellant

v.

William **MCMANUS**, Perla Dominguez and Kevin Nakata,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12457
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant, who is an inmate and appears pro se, filed a motion to proceed in forma pauperis. We note appellant filed an affidavit of inability in the trial court below, and both the clerk's records and reporter's records have been filed, indicating appellant remains indigent. Accordingly, we **GRANT** appellant's motion to proceed in forma pauperis. Appellant is deemed indigent for purposes of this appeal.

We **order** the clerk of this court to serve a copy of this order on appellant, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court